ANDREW D. FORTNEY (SBN 178699)
CENTRAL CALIFORNIA IP GROUP, P.C.
377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711
Telephone: (559) 840-0841
Facsimile: (559) 840-0856
Email:  *drewfortney@cencalip.com*

Attorney for Plaintiff
CHRISTIAN SILVAIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN SILVAIN, | Case No.: _____ |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| vs. | |
| CHRISTIE'S INC., a New York Corporation, and CHRISTIE'S APPRAISALS, INC., a New York Corporation, | **JURY TRIAL DEMANDED** |
| Defendants | |

Plaintiff CHRISTIAN SILVAIN hereby alleges as follows:

### INTRODUCTION

1.      This is a copyright infringement action wherein Mr. Silvain and his attorneys allege that CHRISTIE'S INC. and CHRISTIE'S APPRAISALS, INC. (together, "Christie's") has infringed, contributed to the infringement of, and/or actively induced others to infringe copyrighted artworks of Mr. Silvain (collectively, the "Silvain Copyrighted Works," shown in Exhibit A submitted herewith).

## PARTIES

2.      Plaintiff CHRISTIAN SILVAIN is a self-taught artist based in Belgium.  Mr. Silvain painted many works after school as a child.  His talent was discovered at an early age, and by his early teens, he decided to dedicate his life to painting and the visual arts.

3.      Mr. Silvain was raised by two aunts, who unfortunately passed away while Mr. Silvain was still quite young.  Nonetheless, he sought out for Brussels, penniless but determined.  To earn a money, he wrote and performed songs in bars and restaurants, and worked as handyman at a theatre, restoring canvases used onstage as scene decoration.  Mr. Silvain struggled mightily during this time.

4.      In 1968, Mr. Silvain painted his first surreal paintings, influenced by the work of Paul Delvaux, with whom he developed a close friendship and whom he considers his spiritual father.  His first individual exhibition was in Brussels around this time.  A benefactor bought Silvain's first paintings to support him financially.

5.      Mr. Silvain enjoyed a successful exhibition in Flanders, Belgium, in 1971 at the Gallery Aymon.  Over the next few years, Mr. Silvain participated in numerous exhibitions, in Belgium and abroad, and makes a number of sculptures in addition to his paintings.

6.      In the early 1980s, Mr. Silvain developed a new artistic style known as "façades": at first photographically realistic, but soon covered with graffiti and tags.  These works are a predecessor of currently-popular "street art."

7.      In the late 1980s, Mr. Silvain began to create poetic paintings, inspired by drawings made by autistic children and mentally handicapped adults, whom he regularly visited.  The Silvain Copyrighted Works include some of his poetic paintings from this time period.

8.      Since that time, Mr. Silvain has continued to be creative and develop new styles of art and painting.  On information and belief, his works have been published in at least 69 books and exhibition catalogues and in nearly three dozen magazine features, and featured in approximately 150 solo exhibitions and over 400 collective exhibitions in various museums and galleries throughout Europe and in the United States.

9. On information and belief, and thereon alleged, Defendant CHRISTIE'S INC. and Defendant CHRISTIE'S APPRAISALS, INC. are each a New York corporation with a principal place of business at 20 Rockefeller Plaza, New York, New York, 10020.

10. On information and belief, and thereon alleged, Christie's owns and/or leases one or more facilities located at, or near, 400 Montgomery Street, Suite 920, San Francisco, California 94104, from which Christie's conducts business operations, including sales, auctions and appraisals of artworks and various administration functions.

## JURISDICTION AND VENUE

11. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) as this action arises under the copyright laws of the United States, 17 U.S.C. § 101, et seq.

12. This Court has personal jurisdiction over Christie's, who maintains significant business operations in this District, has conducted and does conduct business within the State of California and within this District, and because a substantial part of the events giving rise to Mr. Silvain's claims occurred in this District.

13. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), (c) and/or 1400(b) because Christie's is subject to personal jurisdiction in this District and conducts business in this District.

## INTRADISTRICT ASSIGNMENT

14. This is an Intellectual Property Action to be assigned on a district-wide basis pursuant to Civil Local Rule 3-2(c).

## FACTUAL BACKGROUND

15. Ye Yongqing is an artist based in the People's Republic of China. Mr. Ye is among the first generation of Chinese artists to be exposed to Western modernism, and has become famous over the last decade or so. On information and belief, he served as a professor of art at the Sichuan Fine Arts Institute in Chongqing, China until early 2019, but appears to have retired in or around March 2019 as a scandal over his copying of Mr. Silvain's works became public.

16.     On information and belief, Mr. Ye spent considerable time in the 1990's in Europe, including in Germany and England, studying Western art and artists, and travelling throughout Europe.

17.     On information and belief, from 1992 to 1999, Mr. Ye made a number of paintings in a style identical or remarkably similar to the poetic paintings of Mr. Silvain, copying many elements of Mr. Silvain's work.  For example, Mr. Ye made the artwork on the left below (entitled "Little sister, no homework for today"; see Item No. 8 in Exhibit B submitted herewith) in 1999.[1]  Mr. Silvain created the artwork on the right below (entitled "Tous les enfants portaient un manteau bleu," now registered as U.S. Certificate of Registration No. VA 2-189-039; see Work No. 7 in Exhibit A) in 1989.



18.     Another published example of the high degree of similarity between Mr. Ye's work and Mr. Silvain's work is shown below.  On information and belief, Mr. Ye made the artwork on the left below in the 1990's.  Mr. Silvain created the artwork on the right below (entitled "Au jardin du sommeil amour," for which an application for registration has been filed in the U.S. Copyright Office) in 1989.

---

[1]  See http://www.artnet.com/artists/ye-yongqing/little-sister-no-homework-for-today-LLquzGsHZMgCAQK9VDHy8A2.



19.   On information and belief, from 2001 to 2003, Mr. Ye made a number of drawings of birds in a style identical or remarkably similar to those depicted in the poetic paintings of Mr. Silvain, copying elements of Mr. Silvain's work.

20.   In early 2019, Mr. Silvain discovered that many of his works had been incorporated into Mr. Ye's art, without requesting permission to use Mr. Silvain's works, or crediting Mr. Silvain or paying Mr. Silvain a license fee for the use of Mr. Silvain's works. This discovery came about when Mr. Sylvain was contacted by a friend who had viewed Mr. Ye's work in an exhibition in Germany.  Since this discovery, Mr. Silvain and his agents, representatives and counsellors have conducted an investigation and have discovered that Mr. Ye's infringing works have been sold at numerous auctions, including auctions hosted by Christie's.

21.     There seems to be little doubt that Mr. Ye not only had access to Mr. Silvain's work, but that he copied Mr. Silvain's work into his own.  In fact, Mr. Ye has been quoted as saying that Mr. Silvain "is one of the artists that have influenced me deeply."[2]

22.     The extent of Mr. Ye's copying has been noticed by others in the art world.  For example, an editor of the South China Morning Post Magazine has observed, "(p)lace the two artists' grid paintings side by side and it is a case of 'spot the difference'.  The childlike illustrations, symbols and colour palette are almost identical."[3]   A famous Chinese art collector has been quoted as saying, "If [Ye] doesn't apologise, I plan to invite [Mr. Silvain] to show at the museum, and then label all the Ye paintings as 'copies' from now on."[4]

23.     Upon the public becoming aware of this scandal, one Chinese art critic apologized, as he had earlier praised Mr. Ye's art, not knowing at the time about Mr. Silvain and his artworks.[5]  A prominent collector and owner of a well-known art museum in China publicly criticized Ye's omission, and decided that his museum would like to present a solo exhibition of Mr. Silvain's works, "which will constitute a hall of shame for plagiarists."[6]  An auction for Mr. Ye's work *Bird* (see Item No. 9 in Exhibit A submitted herewith) at Sotheby's in Hong Kong on April 1, 2019 was cancelled by the auction house.[7]

24.     On or about February 3, 2020, the United States Copyright Office ("USCO") issued Certificates of Registration Nos. VA 2-188-595, VA 2-188-611 and VA 2-188-726 and VA 2-188-727, respectively, for Mr. Silvain's works entitled "1 ciel endormi," "+ haut," "Les feuilles mortes" and "Birds from 'L'avion se pose sur une tâche rouge'" (Work Nos. 8, 6, 1 and 5, respectively, in Exhibit A submitted herewith).  Submitted herewith as Exhibit C are

[2] "Chinese painter Ye Yongqing 'deeply influenced' by Belgian artist who accuses him of copying," South China Morning Post, March 3, 2019; Wong, Pamela, "Christian Silvain Accuses Ye Yongqing Of Plagiarism," ArtAsiaPacific, March 8, 2019;  Lan, Suying, "Famous Chinese artist faces alleged case of plagiarism," National Business Daily, March 1, 2019, www.nbdpress.com/articles/2019-03-01/6160.html; Fan, Liya, "Belgian Artist Mulling Lawsuit against Alleged Chinese Copycat," www.sixthtone.com/news/1003625/.
[3] Tsui, Enid, South China Morning Post Magazine, March 21, 2019.
[4] *Ibid*.
[5] Wang, Sue, "The Controversy Aroused by the Plagiarism Accusation Against Ye Yongqing: How "deep" an influence could art be?" CAFA ART INFO, March 15, 2019.
[6] *Ibid*., see also www.nbdpress.com/articles/2019-03-21/6269.html.
[7] Tan, Yuhan, "Chinese billionaire investor promises to hold art exhibition for Christian Silvain to confirm the plagiarism," National Business Daily, March 21, 2019, www.nbdpress.com/articles/2019-03-21/6269.html.

true and correct copies of Certificates of Registration Nos. VA 2-188-595, VA 2-188-611 and VA 2-188-726 and VA 2-188-727.

25.     On or about February 4, 2020, the USCO issued Certificate of Registration No. VA 2-188-987 for Mr. Silvain's work entitled "Bird from 'L'avion se pose sur une tâche rouge'" (Work No. 4 in Exhibit A).  Submitted herewith as Exhibit D is a true and correct copy of Certificate of Registration No. VA 2-188-987.

26.     On or about February 5, 2020, the USCO issued Certificates of Registration Nos. VA 2-189-039, VA 2-189-038 and VA 2-189-041, respectively, for Mr. Silvain's works entitled "L'avion se pose sur une tâche rouge," "Tous les enfants portaient un manteau bleu" and "Lune et avion caché dans la forêt" (Work Nos. 3, 7 and 2, respectively, in Exhibit A). Submitted herewith as Exhibit E are true and correct copies of Certificates of Registration Nos. VA 2-189-039, VA 2-189-038 and VA 2-189-041.

27.     On or about February 13, 2020, the USCO issued Certificate of Registration No. VA 2-190-841 for Mr. Silvain's work entitled "Birds from 'Au jardin du sommeil d'amour'" (Work No. 10 in Exhibit A).  Submitted herewith as Exhibit F is a true and correct copy of Certificate of Registration No. VA 2-190-841.

28.     On or about February 18, 2020, the USCO issued Certificate of Registration No. VA 2-191-366 for Mr. Silvain's work entitled "Crane from '1 ciel endormi'" (Work No. 9 in Exhibit A).  Submitted herewith as Exhibit G is a true and correct copy of Certificate of Registration No. VA 2-191-366.

29.     During the 2000's and 2010's, Mr. Ye exhibited and sold a number of works copying the style and specific attributes of many of Mr. Silvain's poetic works.   On information and belief, many of these works were sold and offered for sale through art auctioneers.

30.     On information and belief, and thereon alleged, Christie's appraises and sells artwork, and often does so in conjunction with an auction.

31.     On information and belief, and thereon alleged, Christie's has appraised and sold or offered for sale, and may in the future appraise, sell, or offer for sale works of Mr. Ye that infringe the Asserted Copyrights (the "Accused Works").

32.     Christie's is presently displaying copies of some of the Accused Works on its website.

33.     On information and belief, and thereon alleged, the Accused Works include those shown and described in Exhibit A submitted herewith.

34.     Christie's appraising, selling, and offering for sale the Accused Works in the United States constitutes direct infringement of the Asserted Copyrights.

35.     Christie's displays of copies of the Accused Works on its website constitutes direct and ongoing infringement of the Asserted Copyrights.

36.     On information and belief, and thereon alleged, Christie's has sold the Accused Works to third parties who reproduce the Accused Works and/or induce others to reproduce the Accused Works. Thus, Christie's is inducing and/or contributing, and has induced and/or contributed to, infringement of the Asserted Copyrights.

37.     Mr. Silvain is entitled to recover from Christie's (i) the actual damages he sustained and continues to sustain and (ii) the profits made by Christie's as a result of Christie's wrongful acts alleged herein under 17 U.S.C. § 284 in an amount to be proven at trial, together with interest and costs.

//

### FIRST CAUSE OF ACTION
**Infringement of U.S. Copyright Reg. No. VA 2-188-726**
**under 17 U.S.C. § 501, et seq.**

38.     The allegations of paragraphs 1-37 are incorporated herein as if fully set forth.

39.     The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-188-726 (the "'726 Copyright") is shown in Exhibit A as Work No. 1.

40.     Mr. Ye's Item Nos. 1, 2, 3, 4, 5, 6 and 13 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 1.

---

**Complaint for Copyright Infringement**　　　　　　　　　　　　**Case No. _____**

41.     Mr. Ye's Item Nos. 1, 2, 3, 4, 5, 6 and 13 therefore infringe Mr. Silvain's '726 Copyright.

42.     Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

43.     In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

44.     Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

45.     Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 1, 2, 3, 4, 5, 6 and 13 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '726 Copyright in violation of 17 U.S.C. §§ 106 and 501.

46.     Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '726 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

47.     Christie's may infringe the '726 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

48.     As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

49.     Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

50.     Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

51.     Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '726 Copyright, pursuant to 17 U.S.C. § 502.

//

## SECOND CAUSE OF ACTION
### Infringement of U.S. Copyright Reg. No. VA 2-189-041
### under 17 U.S.C. § 501, et seq.

52.     The allegations of paragraphs 1-51 are incorporated herein as if fully set forth.

53.     The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-189-041 (the "'041 Copyright") is shown in Exhibit A as Work No. 2.

54.     Mr. Ye's Item Nos. 1, 2, 3, 5, 6 and 13 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 2.

55.     Mr. Ye's Item Nos. 1, 2, 3, 5, 6 and 13 therefore infringe Mr. Silvain's '041 Copyright.

56.     Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

57.     In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

58.     Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

59.     Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 1, 2, 3, 5, 6 and 13 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '041 Copyright in violation of 17 U.S.C. §§ 106 and 501.

60.     Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '041 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

61.     Christie's may infringe the '041 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

62.     As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

63.     Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

64.     Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

65.     Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '041 Copyright, pursuant to 17 U.S.C. § 502.

//

**THIRD CAUSE OF ACTION**
**Infringement of U.S. Copyright Reg. No. VA 2-189-039**
**under 17 U.S.C. § 501, et seq.**

66.     The allegations of paragraphs 1-65 are incorporated herein as if fully set forth.

67.     The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-189-039 (the "'039 Copyright") is shown in Exhibit A as Work No. 3.

68.     Mr. Ye's Item Nos. 2, 4, 6, 8 and 13 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 3.

69.     Mr. Ye's Item Nos. 2, 4, 6, 8 and 13 therefore infringe Mr. Silvain's '039 Copyright.

70.     Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

71.     In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

72.     Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

73.     Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 2, 4, 6, 8 and 13 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '039 Copyright in violation of 17 U.S.C. §§ 106 and 501.

74.     Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '039 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

---

**Complaint for Copyright Infringement**                                   **Case No. _____**

75.     Christie's may infringe the '039 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

76.     As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

77.     Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

78.     Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

79.     Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '039 Copyright, pursuant to 17 U.S.C. § 502.

//

**FOURTH CAUSE OF ACTION**
**Infringement of U.S. Copyright Reg. No. VA 2-188-987**
**under 17 U.S.C. § 501, et seq.**

80.     The allegations of paragraphs 1-70 are incorporated herein as if fully set forth.

81.     The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-188-987 (the "'987 Copyright") is shown in Exhibit A as Work No. 4.

82.     Mr. Ye's Item No. 9 in Exhibit B copies one or more elements of Mr. Silvain's Work No. 4.

83.     Mr. Ye's Item No. 9 therefore infringes Mr. Silvain's '987 Copyright.

84.     Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

85.     In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

86.     Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

87.     Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item No. 9 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '987 Copyright in violation of 17 U.S.C. §§ 106 and 501.

88.     Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '987 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

89.     Christie's may infringe the '987 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

90.     As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

91.     Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

92.     Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

93.     Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '987 Copyright, pursuant to 17 U.S.C. § 502.

//

### FIFTH CAUSE OF ACTION
**Infringement of U.S. Copyright Reg. No. VA 2-188-727
under 17 U.S.C. § 501, et seq.**

94.     The allegations of paragraphs 1-93 are incorporated herein as if fully set forth.

95.     The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-188-727 (the "'727 Copyright") is shown in Exhibit A as Work No. 5.

96.     Mr. Ye's Item Nos. 10 and 11 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 5.

97.     Mr. Ye's Item Nos. 10 and 11 therefore infringe Mr. Silvain's '727 Copyright.

98.     Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

99.     In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

100.    Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

101.    Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 10 and 11 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '727 Copyright in violation of 17 U.S.C. §§ 106 and 501.

102.    Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '727 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

103.    Christie's may infringe the '727 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

104.    As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

105.    Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

106.    Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

107.    Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '727 Copyright, pursuant to 17 U.S.C. § 502.

//

### SIXTH CAUSE OF ACTION
**Infringement of U.S. Copyright Reg. No. VA 2-188-611
under 17 U.S.C. § 501, et seq.**

108.    The allegations of paragraphs 1-107 are incorporated herein as if fully set forth.

109.    The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-188-611 (the "'611 Copyright") is shown in Exhibit A as Work No. 6.

110.    Mr. Ye's Item Nos. 1, 3, 4, 8, 10 and 13 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 6.

111.    Mr. Ye's Item Nos. 1, 3, 4, 8, 10 and 13 therefore infringe Mr. Silvain's '611 Copyright.

112.    Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

113.    In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

114.    Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

115.    Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 1, 3, 4, 8, 10 and 13 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '611 Copyright in violation of 17 U.S.C. §§ 106 and 501.

116.    Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '611 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

117.    Christie's may infringe the '611 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

118.    As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

119.    Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

120.    Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

121.    Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '611 Copyright, pursuant to 17 U.S.C. § 502.

//

---

## SEVENTH CAUSE OF ACTION
### Infringement of U.S. Copyright Reg. No. VA 2-189-038
### under 17 U.S.C. § 501, et seq.

122.   The allegations of paragraphs 1-121 are incorporated herein as if fully set forth.

123.   The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-189-038 (the "'038 Copyright") is shown in Exhibit a as Work No. 7.

124.   Mr. Ye's Item Nos. 2, 3, 5 and 8 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 7.

125.   Mr. Ye's Item Nos. 2, 3, 5 and 8 therefore infringe Mr. Silvain's '038 Copyright.

126.   Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

127.   In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

128.   Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

129.   Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 2, 3, 5 and 8 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '038 Copyright in violation of 17 U.S.C. §§ 106 and 501.

130.   Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '038 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

131.   Christie's may infringe the '038 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

132.   As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

133.   Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

---

Complaint for Copyright Infringement                                      Case No. _____

134.    Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

135.    Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '038 Copyright, pursuant to 17 U.S.C. § 502.

//

## EIGHTH CAUSE OF ACTION
### Infringement of U.S. Copyright Reg. No. VA 2-188-595
### under 17 U.S.C. § 501, et seq.

136.    The allegations of paragraphs 1-135 are incorporated herein as if fully set forth.

137.    The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-188-595 (the "'595 Copyright") is shown in Exhibit A as Work No. 8.

138.    Mr. Ye's Item Nos. 2, 6, 8, 12 and 13 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 8.

139.    Mr. Ye's Item Nos. 2, 6, 8, 12 and 13 therefore infringe Mr. Silvain's '595 Copyright.

140.    Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

141.    In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

142.    Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

143.    Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 2, 6, 8, 12 and 13 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '595 Copyright in violation of 17 U.S.C. §§ 106 and 501.

144.    Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '595 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

145.     Christie's may infringe the '595 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

146.     As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

147.     Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

148.     Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

149.     Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '595 Copyright, pursuant to 17 U.S.C. § 502.

//

## NINTH CAUSE OF ACTION
### Infringement of U.S. Copyright Reg. No. VA 2-191-366
### under 17 U.S.C. § 501, et seq.

150.     The allegations of paragraphs 1-149 are incorporated herein as if fully set forth.

151.     The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-191-366 (the "'366 Copyright") is shown in Exhibit A as Work No. 9.

152.     Mr. Ye's Item No. 7 in Exhibit B copies one or more elements of Mr. Silvain's Work No. 9.

153.     Mr. Ye's Item No. 7 therefore infringes Mr. Silvain's '366 Copyright.

154.     Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

155.     In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

156.     Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

157.    Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item No. 7 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '366 Copyright in violation of 17 U.S.C. §§ 106 and 501.

158.    Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '366 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

159.    Christie's may infringe the '366 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

160.    As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

161.    Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

162.    Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

163.    Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '366 Copyright, pursuant to 17 U.S.C. § 502.

//

### TENTH CAUSE OF ACTION
**Infringement of U.S. Copyright Reg. No. VA 2-190-841
under 17 U.S.C. § 501, et seq.**

164.    The allegations of paragraphs 1-163 are incorporated herein as if fully set forth.

165.    The work protected by Mr. Silvain's U.S. Copyright Reg. No. VA 2-190-841 (the "'841 Copyright") is shown in Exhibit A as Work No. 10.

166.    Mr. Ye's Item Nos. 10 and 11 in Exhibit B copy one or more elements of Mr. Silvain's Work No. 10.

167.    Mr. Ye's Item Nos. 10 and 11 therefore infringe Mr. Silvain's '841 Copyright.

168.    Christie's participated in, directed, supervised, controlled, approved of and benefitted from the Auction of the Accused Works, in collaboration with and on behalf of Mr. Ye and/or one or more agents or representatives of Mr. Ye.

169.    In addition to its own acts of direct infringement, Christie's also acted as a joint tortfeasor with Mr. Ye with respect to appraisals and sales of the Accused Works.

170.    Christie's materially contributed to, facilitated, induced, and was otherwise responsible for the sale, distribution, and public display of one or more copies of each of the Accused Works.

171.    Christie's conduct related to the appraisal, publication, offer of sale and sale of Mr. Ye's Item Nos. 10 and 11 constitutes direct and vicarious infringement of Mr. Silvain's exclusive rights under the '841 Copyright in violation of 17 U.S.C. §§ 106 and 501.

172.    Christie's has injured Mr. Silvain and is thus liable to Mr. Silvain for infringement of the '841 Copyright pursuant to 17 U.S.C. § 502 *et seq*.

173.    Christie's may infringe the '841 Copyright in the future, with knowledge of Mr. Silvain's rights thereunder.

174.    As a result of Christie's' infringement, Mr. Silvain has suffered and will continue to suffer damages.

175.    Christie's profited unlawfully as a result of their infringement of the Copyrighted Works.

176.    Mr. Silvain is entitled to his actual damages and Christie's' profits related to the infringement, pursuant to 17 U.S.C. § 504.

177.    Mr. Silvain is entitled to injunctive relief prohibiting further infringement by Christie's of his '841 Copyright, pursuant to 17 U.S.C. § 502.

//

## **PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF prays for the following relief from this Court:

a)    An adjudication that Christie's has infringed the Copyrighted Works as alleged above;

b)    An accounting of all damages sustained by Mr. Silvain and profits realized by Christie's as a result of Christie's acts of infringement of the Copyrighted Works;

c)      An award to Mr. Silvain of actual damages adequate to compensate Mr. Silvain for Christie's acts of infringement, together with pre-judgment and post-judgment interest;

d)      An award of Mr. Silvain's attorneys' fees and costs pursuant to 17 U.S.C. § 505;

e)      A grant of an injunction against further acts of infringement pursuant to 17 U.S.C. § 502;

f)      Awarding such other and further relief as this Court may deem just and proper.

//
//
//
//
//

Date:  _March 4, 2020_____          Respectfully Submitted,
                                        CENTRAL CALIFORNIA IP GROUP, P.C.


                                        By:  _/s/ Andrew D. Fortney_____
                                             ANDREW D. FORTNEY
                                        Attorney for Plaintiff
                                        CHRISTIAN SILVAIN


## DEMAND FOR A JURY TRIAL

Mr. Silvain hereby demands a jury trial for all issues so triable.


Date:  _March 4, 2020_____          Respectfully Submitted,
                                        CENTRAL CALIFORNIA IP GROUP, P.C.


                                        By:  _/s/ Andrew D. Fortney_____
                                             ANDREW D. FORTNEY
                                        Attorney for Plaintiff
                                        CHRISTIAN SILVAIN

---

**Complaint for Copyright Infringement**                          **Case No. _____**

# EXHIBIT A

<u>Work No. 1</u>

Title: "Les feuilles mortes"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 2</u>

Title: "Lune et avion caché dans la forêt"
Date of Creation: 1989
Date of Publication: November 1989
Country of First Publication:  Belgium



<u>Work No. 3</u>

Title: "L'avion se pose sur une tâche rouge"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 4</u>

Title: Bird from upper right corner of "L'avion se pose sur une tâche rouge"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 5</u>

Title: Birds from lower left corner of "L'avion se pose sur une tâche rouge"
Date of Creation:  1990
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 6</u>

Title: "+ haut"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 7</u>

Title: "Tous les enfants portaient un manteau bleu"
Date of Creation: 1989
Date of Publication: November 1989
Country of First Publication:  Belgium



Work No. 8

Title: "1 ciel endormi"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 9</u>

Title: Crane from "1 ciel endormi"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



<u>Work No. 10</u>

Title: Birds from "Au jardin du sommeil d'amour"
Date of Creation: 1989
Date of Publication: 14 March 1990
Country of First Publication:  France



EXHIBIT B

Item No. 1

Title: "Lantern"
Year: 1995



<u>Item No. 2</u>

Title: Untitled [London Diary]
Year: 1999



Item No. 3

Title: "Urban and bird cage" [+ car]
Year: 1994



<u>Item No. 4</u>

Title: "Churches and fruit and vegetable markets, Paris, 1996"
Year: 1996



<u>Item No. 5</u>

Title: "Winter Memories of Keith Haring"
Year: 1997



<u>Item No. 6</u>

Title: Untitled
Year: 1999



Item No. 7

Title: [Crane]
Year: 2003



<u>Item No. 8</u>

Title: "Little Sister - No Homework for Today"
Year: 1999



<u>Item No. 9</u>

Title: "Bird No. 1"
Year: 2001



Item No. 10

Title:  Little bird [2003]
Year: 2003



<u>Item No. 11</u>

Title: Untitled (Two Figures)
Year: 2007



Item No. 12

Title: Untitled [Diary series]
Year: 1992



Item No. 13

Title: Untitled [No home]
Year: 1994



EXHIBIT C

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

Marie Strong

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-188-595

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 03, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** 1 ciel endormi

## Completion/Publication

**Year of Completion:** 1989
**Date of 1st Publication:** March 14, 1990
**Nation of 1ˢᵗ Publication:** France

## Author

- **Author:** Christian Silvain
  **Author Created:** Artwork
  **Citizen of:** Belgium
  **Domiciled in:** Belgium
  **Year Born:** 1950

## Copyright Claimant

**Copyright Claimant:** Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

## Rights and Permissions

**Organization Name:** Central California IP Group. P.C.
**Address:** 377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711 United States

## Certification

**Name:** Andrew D. Fortney, Authorized agent of Author/Owner
**Date:** January 23, 2020
**Applicant's Tracking Number:** CS-010-CR

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-188-611

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 03, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

| | |
|---|---|
| **Title of Work:** | + haut |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1989 |
| **Date of 1st Publication:** | March 14, 1990 |
| **Nation of 1ᵗʰ Publication:** | France |

## Author

| | |
|---|---|
| • **Author:** | Christian Silvain |
| **Author Created:** | Artwork |
| **Citizen of:** | Belgium |
| **Domiciled in:** | Belgium |
| **Year Born:** | 1950 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian Silvain |
| | Berchemstraat 7, Kluisbergen, 9690, Belgium |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Central California IP Group, P.C. |
| **Address:** | 377 W. Fallbrook Ave., Suite 205 |
| | Fresno, CA 93711 United States |

## Certification

| | |
|---|---|
| **Name:** | Andrew D. Fortney, Authorized agent of Author/Owner |
| **Date**: | January 23, 2020 |
| **Applicant's Tracking Number**: | CS-008-CR |

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-188-726

**Effective Date of Registration:**
January 22, 2020
**Registration Decision Date:**
February 03, 2020

---

Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work:   Les feuilles mortes

## Completion/Publication

Year of Completion:   1989
Date of 1st Publication:   March 14, 1990
Nation of 1ˢᵗ Publication:   France

## Author

• Author:   Christian Silvain
Author Created:   Artwork
Citizen of:   Belgium
Domiciled in:   Belgium
Year Born:   1950

## Copyright Claimant

Copyright Claimant:   Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

## Rights and Permissions

Organization Name:   Central California IP Group, P.C.
Address:   377 W. Fallbrook Ave. #205
Fresno, CA 93711 United States

## Certification

|  |  |
|---|---|
| **Name:** | Andrew D. Fortney, Authorized agent of Author/Owner |
| **Date:** | January 22, 2020 |
| **Applicant's Tracking Number:** | CS-001-CR |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-188-727

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 03, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Birds from "L'avion se pose sur une tâche rouge"

## Completion/Publication

**Year of Completion:** 1989
**Date of 1st Publication:** March 14, 1990
**Nation of 1st Publication:** France

## Author

• **Author:** Christian Silvain
**Author Created:** Artwork
**Citizen of:** Belgium
**Domiciled in:** Belgium
**Year Born:** 1950

## Copyright Claimant

**Copyright Claimant:** Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

## Rights and Permissions

**Organization Name:** Central California IP Group, P.C.
**Address:** 377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711 United States

## Certification

**Name:**   Andrew D. Fortney, Authorized agent of Author/Owner
**Date**:   January 23, 2020
**Applicant's Tracking Number**:   CS-007-CR

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-188-987

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 04, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** Bird from "L'avion se pose sur une tâche rouge"

### Completion/Publication

**Year of Completion:** 1989
**Date of 1st Publication:** March 14, 1990
**Nation of 1st Publication:** France

### Author

• **Author:** Christian Silvain
**Author Created:** Artwork
**Citizen of:** Belgium
**Domiciled in:** Belgium
**Year Born:** 1950

### Copyright Claimant

**Copyright Claimant:** Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

### Rights and Permissions

**Organization Name:** Central California IP Group, P.C.
**Address:** 377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711 United States

### Certification

**Name:** Andrew D. Fortney, Authorized agent of Author/Owner
**Date:** January 23, 2020
**Applicant's Tracking Number:** CS-006-CR

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-189-039

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 05, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

**Title of Work:** L'avion se pose sur une tache rouge

### Completion/Publication

**Year of Completion:** 1989
**Date of 1st Publication:** March 14, 1990
**Nation of 1st Publication:** France

### Author

• **Author:** Christian Silvain
**Author Created:** Artwork
**Citizen of:** Belgium
**Domiciled in:** Belgium
**Year Born:** 1950

### Copyright Claimant

**Copyright Claimant:** Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

### Rights and Permissions

**Organization Name:** Central California IP Group, P.C.
**Address:** 377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711 United States

### Certification

|                             |                                                   |
|----------------------------:|---------------------------------------------------|
| **Name:**                   | Andrew D. Fortney, Authorized agent of Author/Owner |
| **Date:**                   | January 23, 2020                                  |
| **Applicant's Tracking Number:** | CS-005-CR                                    |

---

**Copyright Office notes:**  Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-189-038

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 05, 2020

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
           **Title of Work:** Tous les enfants portaient un manteau bleu

## Completion/Publication
           **Year of Completion:** 1989
           **Date of 1st Publication:** November 22, 1989
           **Nation of 1st Publication:** Belgium
      **International Standard Number:** ISBN 3-923099-66-5

## Author
           •    **Author:** Christian Silvain
           **Author Created:** Artwork
           **Citizen of:** Belgium
           **Domiciled in:** Belgium
           **Year Born:** 1950

## Copyright Claimant
           **Copyright Claimant:** Christian Silvain
           Berchemstraat 7, Kluisbergen, 9690, Belgium

## Rights and Permissions
           **Organization Name:** Central California IP Group, P.C.
           **Address:** 377 W. Fallbrook Ave., Suite 205
           Fresno, CA 93711 United States

## Certification

|                               |                                                    |
|------------------------------:|----------------------------------------------------|
| **Name:**                     | Andrew D. Fortney, Authorized agent of Author/Owner |
| **Date**:                     | January 23, 2020                                   |
| **Applicant's Tracking Number**: | CS-009-CR                                       |

**Copyright Office notes:**   Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-189-041

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 05, 2020

---

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
___

**Title of Work:** Lune et avion cache dans la foret

### Completion/Publication
___

**Year of Completion:** 1989
**Date of 1st Publication:** November 22, 1989
**Nation of 1st Publication:** Belgium
**International Standard Number:** ISBN 3-923099-66-5

### Author
___

**Author:** Christian Silvain
**Author Created:** Artwork
**Citizen of:** Belgium
**Domiciled in:** Belgium
**Year Born:** 1950

### Copyright Claimant
___

**Copyright Claimant:** Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

### Rights and Permissions
___

**Organization Name:** Central California IP Group, P.C.
**Address:** 377 W. Fallbrook Ave., Suite 205
fRESNO, CA 93711 United States

### Certification
___

**Name:** Andrew D. Fortney, Authorized agent of Author/Owner
**Date:** January 23, 2020
**Applicant's Tracking Number:** CS-002-CR

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

EXHIBIT F

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

# VA 2-190-841

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 13, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
_____

Title of Work: Birds from "Au jardin du sommeil d'amour"

## Completion/Publication
_____

Year of Completion: 1989
Date of 1st Publication: March 14, 1990
Nation of 1st Publication: France

## Author
_____

- Author: Christian Silvain
  Author Created: Artwork
  Citizen of: Belgium
  Domiciled in: Belgium
  Year Born: 1950

## Copyright Claimant
_____

Copyright Claimant: Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

## Rights and Permissions
_____

Organization Name: Central California IP Group, P.C.
Address: 377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711 United States

## Certification
_____

| | |
|---:|:---|
| **Name:** | Andrew D. Fortney, Authorized agent of Author/Owner |
| **Date**: | January 23, 2020 |
| **Applicant's Tracking Number**: | CS-013-CR |

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

EXHIBIT G

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-191-366

**Effective Date of Registration:**
January 23, 2020
**Registration Decision Date:**
February 18, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

Title of Work: Crane from "1 ciel endormi"

## Completion/Publication

Year of Completion: 1989
Date of 1st Publication: March 14, 1990
Nation of 1st Publication: France

## Author

- Author: Christian Silvain
  Author Created: Artwork
  Citizen of: Belgium
  Domiciled in: Belgium
  Year Born: 1950

## Copyright Claimant

Copyright Claimant: Christian Silvain
Berchemstraat 7, Kluisbergen, 9690, Belgium

## Rights and Permissions

Organization Name: Central California IP Group, P.C.
Address: 377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711 United States

## Certification

**Name:** Andrew D. Fortney, Authorized agent of Author/Owner
**Date:** January 23, 2020
**Applicant's Tracking Number:** CS-011-CR

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.